**B. Anna McCoy, OSB No. 00316**
Email: mccoy@ahmrt.com
**Mark D. Alleman, OSB No. 98174**
Email: alleman@ahmrt.com
**M. Matthews Hall, OSB No. 99277**
Email: hall@ahmrt.com
Alleman Hall McCoy Russell & Tuttle LLP
806 SW Broadway, Suite 600
Portland, OR 97205-3335
Telephone:  (503) 459-4141
Facsimile:  (503)459-4142
Attorneys For InFocus Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **INFOCUS CORPORATION,**  an Oregon corporation, | Civil No. 04-CV-01192-BR |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| **3M COMPANY,**  a Delaware corporation, | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL

On behalf of Plaintiff InFocus Corporation, the undersigned hereby voluntarily dismisses the complaint in the above-identified action, without prejudice, pursuant to Fed. R. Civ. P. 41(a).

DATED:  February 18, 2005.

        Alleman Hall McCoy Russell & Tuttle LLP

        s/ M. Matthews Hall
        M. Matthews Hall
        OSB No. 99277
        Tel: (503) 459-4141
        Fax: (503) 459-4142
        hall@ahrmt.com
        Of Attorneys for InFocus Corporation

Page 2 – NOTICE OF VOLUNTARY DISMISSAL